IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOCTORS TESTING CENTER LLC II                                              PLAINTIFF

v.                              No. 4:11-cv-857-DPM

UNITED STATES OF AMERICA, *ET AL.*                              DEFENDANTS

ORDER

The Court directs the Clerk to modify the docket to show that *Document No. 6* is a motion. Motions, *Document Nos. 3 & 6*, granted for good cause. All non-governmental defendants must answer or otherwise respond no later than 60 days after the latest date of service of process upon the government defendants. Discovery is stayed until the earlier of 120 days after any defendant has been served or 90 days after any defendant has appeared.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 December 2011