IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DOCTORS TESTING CENTER, LLC II**                                                               **PLAINTIFF**

v.                          Case No. 4:11-cv-00857 KGB

**U.S. DEPARTMENT OF HEALTH AND**
**HUMAN SERVICES;**
**KATHLEEN SEBELIUS, Secretary**                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the final decision of the Secretary of the Department of Health and Human Services is affirmed. This action is dismissed with prejudice.

SO ORDERED this 10th day of January, 2014.

_____
Kristine G. Baker
United States District Court